# Court of Appeals
# of the State of Georgia

ATLANTA, March 31, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0040. IN THE INTEREST OF A.R.C, H.L.C. AND L.M.C., (CHILDREN).**

Upon consideration of the Applicants' motion for an extension of time to file their application for discretionary appeal, it is ordered that an extension be GRANTED. The Applicants' discretionary application is now due on or before April 19, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/31/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*